IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



JAN - 3 2018

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-58-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MAURICE JOSEPH FREGIA, | |
| Defendant. | |

Upon Defendant's Motion for Leave to File Under Seal (Doc. 68) and in accordance with local Criminal Rule 49.1:

**IT IS HEREBY ORDERED** that Defendant is granted leave to file Defendant's Brief in Support of Motion to Suppress filed herein on January 2, 2019, *under seal*.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to lodge Defendant's Brief in Support of Motion to Suppress *under seal*.

DATED this 3rd day of January, 2019.

SUSAN P. WATTERS
United States District Judge

1