IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-58-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| MAURICE JOSEPH FREGIA, | |
| Defendant. | |

Defendant filed a Motion to Suppress (Doc. 69) on January 2, 2019 and a hearing was set for March 7, 2019.

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Suppression Hearing set for Thursday, March 7, 2019 at 9:30 a.m. is **VACATED** for the reason the motion has been submitted on the briefs.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 4th day of March, 2019.

SUSAN P. WATTERS
United States District Judge

1