IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FEB 2 6 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-58-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| MAURICE JOSEPH FREGIA, | |
| Defendant. | |

Trial is set for March 2, 2020. (Doc. 154). On February 18, 2020, counsel for Defendant Maurice Joseph Fregia filed a motion to withdraw as counsel on Fregia's request. The Court set a hearing on the motion for February 27, 2020. (Doc. 168). On the morning of February 26, 2020, counsel for Fregia called chambers and explained Fregia no longer wanted counsel to withdraw and instead wanted to proceed to trial. Counsel further explained he was currently experiencing vehicle issues in Minnesota and would have difficulty making the hearing. The Court informed counsel it would vacate the hearing on his word, and that trial would proceed as scheduled. Therefore, the hearing on the motion to withdraw is hereby VACATED.

1

DATED this 26th day of February, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge