FILED

MAR 0 2 2020

Clerk, U S District Court
District Of Montana
Billings



## UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MAURICE FREGIA,

Defendant.

CR-18-58 -BLG-SPW-01

ORDER

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for

the jurors in the above entitled case.

DATED 2nd day of March, 2020.

Honorable Susan P. Watters
United States District Judge