IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE FREGIA,<br><br>Defendant. | CR 18-58-BLG-SPW-1<br><br>ORDER |

Upon Defendant's Unopposed Motion to Continue Trial on Forfeiture Counts (Doc. 198), and for good cause being shown,

IT IS HEREBY ORDERED that the hearing on Defendant's Forfeiture Allegation set for Monday, April 13, 2020 at 9:30 a.m. via video from the Crossroads Correctional Facility is **VACATED**.

IT IS FURTHER ORDERED that the hearing is reset for **Wednesday, July 1, 2020 at 9:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at the hearing shall give notice to this Court at least five (5) days prior to the hearing date.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 10th day of April, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge